**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Allen Bernard Gims v. The State of Texas

Appellate case number:    01-14-00279-CR

Trial court case number:  1262460

Trial court:              176th District Court of Harris County

Appellant's March 6, 2015 request for an extension of time to file appellant's opening brief is **granted**. Appellant's opening brief is ordered to be filed **on or before March 20, 2015**.

Appellant's further request that "this appeal be abated, and the Court order the Court reporter to file the transcript of the ruling and findings of fact on appellant's motion to suppress his statement" is **denied**. As stated in this Court's March 5, 2014 order denying appellant's motion to abate, the supplemental reporter's record filed a month ago (on February 5, 2015) contains the transcript of the December 11, 2012 hearing in which the trial court entered its oral findings of fact and conclusions of law into the record.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   X Acting individually    ☐ Acting for the Court

Date: March 6, 2015